IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE AVET, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14 C 4555 |
| | ) | |
| THOMAS J. DART, in his official capacity | ) | Judge Rebecca R. Pallmeyer |
| as COOK COUNTY SHERIFF and | ) | |
| COUNTY OF COOK, | ) | |
|     Defendants. | ) | |
| | ) | |

**MOTION TO SEAL MEMORANDUM OPINION AND ORDER**

Now comes the Plaintiff, George Avet, pursuant to Local Rule 26.2(c), and moves this Court for an Order sealing the Memorandum Opinion and Order in the above captioned matter dated February 26, 2016. In support of this motion, Plaintiff states as follows:

1. Plaintiff's career has been in law enforcement, having worked for the Cook County Sheriff for 19 years.

2. A Memorandum Opinion and Order was entered in this case on February 26, 2016, granting Defendants' Motion for Summary Judgment, **ECF#62.**

3. The Memorandum Opinion and Order contains factual assertions which include confidential health information such as medications plaintiff was prescribed due to an on the job injury, his personal medical records, treating Doctors opinions regarding treatment for his duty injury and descriptions of symptoms which are highly embarrassing, all of which is concerning to the Plaintiff, (**ECF#62, p. 3**). The opinion identifies the suburb in which plaintiff lives, which is concerning for anyone who has worked in law enforcement and is identified by the Government Publishing Office as personal identifying information. (**ECF#62, p. 4**).

1

4. When plaintiff's name is searched on the internet, with searches such as "George Avet" or "George Avet medical records," search engines Google and Bing put the February 26, 2016 Memorandum Opinion and Order in the top two items, making it easy for anyone to access and to view Avet's private and confidential medical information and records. The February 26, 2016 Order is made available to search engines by Court_Opinions@ao.uscourts.gov which is hosted by the Government Publishing Office.

5. Plaintiff has sought to have the Order removed from internet search engines through communication with Court_Opinions@ao.uscourts.gov . As a result of that communication Court_Opinions@ao.uscourts.gov has indicated that it will not, on its own, remove the Order from internet access but would honor a court order to remove the opinion from public access ("If you would like to pursue redaction or removal of the opinion from public access on PACER and GPO's website, you must petition the court directly. Unless we receive instructions or an order from the Court, this document will remain available as part of the collection of federal court opinions.") **See Exhibit A.**

6. Plaintiff has also had correspondence with the Director of the Government Publishing Office, Mr. Hugh Halpern. In which Halpern viewed Avet's concerns to be legitimate but directed him to the courts for relief. **See Exhibit B** ("Your best course of action is to contact the Court at the email address above and make your request to them.").

7. Local Rule 26.2(c), contemplates the sealing of Memorandum Opinion's under a variety of circumstances. See *Beijing Choice Elec. Tech. Co. v. Contec Med. Sys. U.S.,* 18-cv-00825, page 5 footnote, 4; *In Re Search for Info. Stored at Premises Controlled by Google*, 481 F Supp. 3d 730, 757 (N.D. Ill. 2020); *In Re Suppressed*, 04-07-2022, 20 M 118, page 8.

8. The Memorandum Opinion and Order is based upon the unique facts of the case and, as a result, the February 26, 2016 order does not serve as a significant precedent.

9. Plaintiff requests an order sealing the February 26, 2016 Memorandum Opinion and Order.

Wherefore, Plaintiff prays for an order sealing the February 26, 2016 Memorandum Opinion and Order.

Respectfully submitted,

/s/ Thomas C. Crooks
Attorney for Plaintiff,

Thomas C. Crooks, #11040
Law Office of Thomas C. Crooks
70 West Madison Street, Suite 1950
Chicago, Illinois 60602-4298
Office: (312) 641-2260
Fax: (312) 641-5220
Email: tcrooks@barristers.com