**Begin forwarded message:**

**From:** AOdb_Court_Opinions <Court_Opinions@ao.uscourts.gov>
**Date:** December 14, 2023 at 11:11:31 AM CST
**To:** George Avet <georgeavetjr@gmail.com>
**Subject: Re: Request for Restriction of Access to Opinion - Avet vs. Thomas J. Dart 1:14-cv-04555**

Unfortunately, we cannot assist you with your request.

The posting of opinions on the GPO site is consistent with the E-Government Act's requirement for the substance of all written opinions, issued after April 16, 2005, to be made available in a text searchable format. See Pub. L. No. 107-347, Title II, Section 205. The Judicial Conference policy regarding written opinions states that the responsibility for determining which documents meet the definition of an opinion rests with the authoring judge.

The subject document has been marked as an opinion in the Court's case management system and is publicly available on PACER without charge. Pursuant to a Judicial Conference initiative to facilitate greater public access to court opinions, the court participates in sending its publicly available opinions to GPO's govinfo website.

**If you would like to pursue redaction or removal of the opinion from PACER and govinfo, you must petition the court directly.**

Unless we receive instructions or an order from the Court, this document will remain available as part of the collection of federal court opinions on PACER and govinfo.

AOdb_Court Opinions
AOdb_Court_Opinions Court_Opinions@ao.uscourts.gov

---

**From:** George Avet <georgeavetjr@gmail.com>
**Sent:** Friday, December 8, 2023 4:26 PM
**To:** AOdb_Court_Opinions <Court_Opinions@ao.uscourts.gov>
**Subject:** Request for Restriction of Access to Opinion - Avet vs. Thomas J. Dart 1:14-cv-04555

**CAUTION - EXTERNAL:**

Greetings,



EXHIBIT A

I write today in a very humble matter on behalf of myself asking for relief regarding a publication that is in your agencies publications, but the said opinion has been indexed on Google. My humble request is to kindly ask your agency to provide me relief based on this sensitive publication that contains PII & PHI, regarding myself.

I plea with you for relief, in that I am a veteran Law Enforcement Officer that was injured in the line of duty, I had a issue with the employer accommodating my ADA restrictions and I was forced to file a lawsuit as the plaintiff against the employer in 2014. I was brutalized on duty by 2 offenders and suffered injuries to the brain, shoulder and cervical spine. In this cited publication there is protected health information published that is causing me embarrassment, oppression and humiliation.

In summary, I am not asking your agency to remove the publication from your website, I am asking for your agency to remove the original content URL and place it in a **non index search** on Google search as it would still be available on your publication library:

Avet v. Thomas J. Dart, in his offical capacity as, Cook County Sheriff et al - URL below for request

https://www.govinfo.gov/app/details/USCOURTS-ilnd-1_14-cv-04555

Thank you,

George Avet

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**