From: **George Avet** georgeavetjr@gmail.com
Subject: **Director of Gov reply**
Date: **Dec 14, 2023 at 4:37:50 PM**
To: **John Redfield** jredfield@cranesimon.com
Bcc: **georgeavetjr@gmail.com**

On Dec 8, 2023, at 10:14 AM, Halpern, Hugh N. (GPO Director) <hhalpern@gpo.gov> wrote:

+ Scott Matheson, Superintendent of Documents

Thank you for your note.

You have asked for a court opinion in the GovInfo USCOURTS collection to be blocked from search engine indexing or removed. The Government Publishing Office hosts this collection for the Administrative Office of United States Courts. Unfortunately, because they are the only ones responsible for the content of the collection, only they can make changes to the availability of an opinion. They may be contacted at Court_Opinions@ao.uscourts.gov.

By policy, we are unable to block any search engine from crawling the public information in the GovInfo repository. We also have no control over the content of their materials.

Your best course of action is to contact the Court at the email address above and make your request to them.

Thank you for your inquiry and I'm sorry I cannot assist you more directly. Best. -- Hugh


EXHIBIT B