## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

George L. Avet
                    Plaintiff,

v.                                                  Case No.: 1:14–cv–04555
                                                           Honorable Rebecca R. Pallmeyer

Thomas J. Dart, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 23, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion for leave to file appearance [67] [68] is granted. Attorney Thomas C. Crooks is granted leave to file his appearance on behalf of plaintiff, George Avet. On its own motion, the court sets a telephone hearing regarding Motion to Seal Memorandum Opinion and Order [71] for 3/18/2024 at 9:15 a.m. To join the telephone hearing, please dial (877) 336–1839 and enter access code: 6708061#. Instructions and a link to the conference number are located on Judge Pallmeyer's website. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.