# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

George L. Avet
                      Plaintiff,

v.                                                     Case No.: 1:14–cv–04555
                                                          Honorable Rebecca R. Pallmeyer

Thomas J. Dart, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 18, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone motion hearing held regarding Motion by Plaintiff to Seal Memorandum Opinion and Order [71]. For the reasons stated on the record, this motion is entered and continued. Plaintiff is invited to submit a proposed order and a redacted version of the Memorandum Opinion and Order. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.