UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

George L. Avet
                    Plaintiff,

v.                                           Case No.: 1:14–cv–04555
                                                           Honorable Rebecca R. Pallmeyer

Thomas J. Dart, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 25, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion to Seal Memorandum Opinion and Order [71] is granted. The Clerk is directed to Seal entry [62] Memorandum Opinion and Order entered on 2/26/2016. Order to enter regarding filing a redacted version of this Memorandum Opinion and Order. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.