IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE AVET, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14 C 4555 |
| | ) | |
| THOMAS J. DART, in his official capacity | ) | Judge Rebecca R. Pallmeyer |
| as COOK COUNTY SHERIFF and | ) | |
| COUNTY OF COOK, | ) | |
|       Defendants. | ) | |
| | ) | |

## ORDER

This cause comes before the Court on Plaintiff's Motion to Seal Memorandum Opinion and Order, related to this court's Memorandum Opinion and Order dated February 26, 2016. The court being fully advised in the premises, orders as follows:

1. The court's February 26, 2016 Memorandum Opinion and Order shall be redacted to remove Personal Identifying Information, including plaintiff's.

2. The February 26, 2016 Memorandum Opinion and Order, with redactions, is attached.

ENTER:

Dated: March 25, 2024

REBECCA R. PALLMEYER
United States District Judge

1